# United States District Court
## Southern District of Georgia

IRVING ANTHONY FOLSTON,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 117-092

JAMES DEAL, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 20, 2018 adopting the Report and Recommendation as the opinion of the Court, that Petitioner's objections as related to the scrivener's error is sustained, all other objections are overruled, and the instant petition brought pursuant to 28 U.S.C. § 2254 is denied. The Court denies Petitioner a Certificate of Appealability; moreover, Petitioner is not entitled to appeal in forma pauperis. Judgment is hereby entered in favor of Respondent. This case stands closed.



| | |
|---|---|
| 09/20/2018 | Scott L. Poff |
| *Date* | *Clerk* |

/s/ Jamie Hodge
*(By) Deputy Clerk*